# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | |
|---|---|
| LARA CARLSON, )<br>  )<br>    Plaintiff )<br>  )<br>v. )   Civil No.<br>  )<br>THE UNIVERSITY OF NEW ENGLAND, )<br>  )<br>    Defendant ) | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant University of New England ("UNE" or "Defendant") hereby gives notice of the removal to this Court, pursuant to 28 U.S.C. §§ 1331, 1441, 1446 and Rule 81(c) of the Federal Rules of Civil Procedure, of the above-captioned matter now pending in the Maine Superior Court, York County, Docket No. CV-16-10 (the "Action").  As grounds for removal, UNE states:

1. Plaintiff Lara Carlson ("Plaintiff") commenced this suit, which alleges federal and state law civil rights violations, by filing a Complaint in the Superior Court, York County, on or about January 7, 2016 (the "Complaint").  A copy of the Complaint and Acceptance of Service is attached hereto as *Exhibit A*.

2. On January 26, 2016, UNE accepted service of the Complaint.

3. In Count II, paragraphs 42-58 of the Complaint, Plaintiff alleges that UNE violated Title VII by retaliating against her for engaging in activity protected by federal law.

4. Under 28 U.S.C. § 1331, this Court has original jurisdiction over this matter, it being an action which asserts a federal question and claims under Title VII of the Civil Rights Act of 1964 as amended, 42 U.S.C.§ 2000e, *et seq*.

5.	This Court having federal question jurisdiction in this matter under 28 U.S.C. § 1331, UNE may remove this action, pursuant to 28 U.S.C. §§ 1441(a) and 1441(c), by giving notice thereof to all adverse parties and by filing a copy of this Notice with the Clerk of Court for the Maine Superior Court, York County.

6.	This Notice is timely, it being filed within the thirty (30) days required under 28 U.S.C. §1446(b), after UNE accepted service of the Complaint or initial pleading on January 26, 2016.

7.	Pursuant to 28 U.S.C. §1446(d), UNE this same day is filing a copy of this Notice of Removal with the Maine Superior Court, York County, and sending a copy to counsel for the Plaintiff.

**WHEREFORE,** Defendant University of New England requests that the action now pending against it in the Maine Superior Court, York County, CV-16-10, be removed to the United States District Court for the District of Maine.

Dated this 16th day of February, 2016.

>	*/s/ Patricia A. Peard*
>	Patricia A. Peard
>	*/s/ Ronald W. Schneider, Jr.*
>	Ronald W. Schneider, Jr.
>	Attorneys for Defendant
>	The University of New England
>	ppeard@bernsteinshur.com
>	rschneider@bernsteinshur.com
>
>	BERNSTEIN SHUR
>	100 Middle Street, PO Box 9729
>	Portland, ME 04104-5029
>	(207) 774-1200

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this day I electronically filed the foregoing document, Defendant's Answer and Affirmative Defenses, with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to all counsel of record.


Dated:  February 16, 2016   */s/ Patricia A. Peard*
             Patricia A. Peard
             Ronald W. Schneider, Jr.
             Attorneys for Defendant
             The University of New England

             BERNSTEIN SHUR
             100 Middle Street, PO Box 9729
             Portland, ME 04104-5029
             (207) 774-1200