UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| LARA CARLSON | ) |
| | ) |
| v. | ) CIVIL NO.   2:16-cv-00096-JDL |
| | ) |
| UNIVERSITY OF NEW ENGLAND | ) |

## ORDER OF DISMISSAL

This action having been reported settled by counsel on November 19, 2018, and counsel having failed to file the papers necessary to terminate the action as of record;

Now therefore, pursuant to Local Rule 41.1(a) this action is DISMISSED with prejudice and without costs, subject to the right of any party to move to reinstate the action within one year if the settlement is not consummated.

FOR THE COURT.

CHRISTA K. BERRY
CLERK


BY:  /s/ Amy Rydzewski
Deputy Clerk

Dated this 21st day of December, 2018.